# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BRUCE CROSTHWAITE, ) | File No. 07 C 0759 |
| ) | Judge Ronald Guzman |
| Plaintiff, ) | |
| vs. ) | **STIPULATION OF DISMISSAL** |
| ) | |
| KONICA MINOLTA, ) | |
| ) | |
| Defendant. ) | |

The parties to the above-entitled matter, pursuant to a Settlement Agreement, hereby stipulate and agree that the above matter shall be dismissed with prejudice, with each party to bear his or its own costs and attorneys' fees. The parties further request the Court to enter an order pursuant to this Stipulation.

Dated this 22nd day of October, 2007.

                                            HALUNEN & ASSOCIATES

                                            s/ Charles V. Firth
                                            Charles V. Firth, Atty. No. 257825 (MN)
                                            Michael A. Johnson, Atty. No. 51065 (IL)
                                            220 South Sixth Street, Suite 2000
                                            Minneapolis, MN 55402
                                            Telephone: (612) 605-4098

                                            *Attorneys for Plaintiff*

Dated this 19th day of October, 2007.      JACKSON LEWIS LLP

                                            s/Laura K. Kendall
                                            Laura K. Kendall
                                            Cathryn E. Albrecht
                                            320 West Ohio Street, Suite 500
                                            Chicago, IL 60610

                                            *Attorneys for Defendant*